**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  vs.<br><br><br>SHARON KING,<br><br>             Defendant. | Case No. CR S 13-CR-00309 JAM<br><br>REQUEST FOR WAIVER OF PRESENCE |

      Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

      Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times

and delays under the Act without defendant being present.

Dated:    October  14, 2013              _/s// Sharon King_____
                                                                         Original Signature on file
                                                                               SHARON KING

Approved: October 14, 2013             By: ___/s/  Jennifer C. Noble___
                                                                         JENNIFER C. NOBLE
                                                                        Attorney for Defendant
                                                                        SHARON KING

Dated:   October 4, 2013                Respectfully submitted,

                                                        WISEMAN LAW GROUP, P.C.

                                                       By: ___/s/  Jennifer C. Noble ___
                                                      JENNIFER C. NOBLE
                                                      Attorney for Defendant
                                                      SHARON KING

I approve the above waiver of presence.

Dated:  10/15/2013

                                                       /s/ John A. Mendez_____
                                                       United States District Court Judge

Request for Waiver of Presence                                                        Case No. CR S 13-000309 JAM