**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**    **530.759.0700**
   **Facsimile:**    **530.759.0800**

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 13-00309 JAM-2 |
|     Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO TEMPORARILY MODIFYING DEFENDANT'S CONDITIONS OF PRE-TRIAL RELEASE** |
| SHARON KING, | |
|     Defendant. | |

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Sharon King, that the conditions of Ms. King's pre-trial release be modified so as to allow Ms. King to attend a family wedding.

      Ms. King was arraigned on September 19, 2013, with violation of 18 U.S.C. § 1591(a)(1) 18 U.S.C. Sex Trafficking of a minor and 18 U.S.C. § 1591(a)(2) Participating in a Sex Trafficking Venture. The Bail Reform Act was amended in 2006 by the Adam Walsh Act, which mandates additional conditions of release for defendants charged with certain crimes, including violations of 18 U.S.C. § 1591. The Act requires electronic monitoring of a defendant released on pre-trial release, as well as the conditions set forth in 18 U.S.C. § 3142(c)(1)(B)(iv)-(viii).

Ms. King's release was conditioned on several requirements, including Condition No. 13, restricting Ms. King to her residence except for pre-approved activities, and Condition No. 15, barring contact with minors with certain exceptions.

The parties stipulate and agree that these two conditions of pre-trial release should be temporarily modified to permit Ms. King to attend an adults-only wedding on Sunday, November 10, 2013, in Sacramento. Though wedding is "adults only," there may be a small number of children attending who are in the wedding party. Ms. King will be attending the wedding with her aunt, Valerie Moorer, who is also her third-party custodian.

Therefore, Ms. King respectfully requests that the Court temporarily modify Condition 13, to permit her to be away from home from 5 p.m. to 11 p.m., on November 10, 2013, so that she may attend the family wedding. This would be in addition to her regular Sunday curfew, which permits her to be away from home from 8 a.m. to 3 p.m. In addition, Ms. King requests a temporary modification of Condition 15, which bars contact with minors, to allow her attendance at the wedding.

The Pre-Trial Services office advises that Ms. King is in compliance with all conditions of pre-trial release.

IT IS SO STIPULATED.

Dated: October 28, 2013         By: /s/ Jennifer C. Noble
                                JENNIFER C. NOBLE
                                WISEMAN LAW GROUP
                                Attorney for Defendant
                                SHARON KING

Dated: October 28, 2013         Benjamin B. Wagner
                                United States Attorney

                                By:/s/ Kyle Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition No. 13 is modified to permit Sharon King to be away from her residence from 5 p.m. to 11 p.m. on Sunday, November 10, 2013. This is in addition to her regular Sunday curfew, which permits her to be away from home from 8 a.m. to 3 p.m. to attend church.

Condition 15, is modified to permit Sharon King to attend a family wedding on November 10, 2013, at which children may be present.

All other conditions of pre-trial release remain in force.

**IT IS SO ORDERED.**

**Dated:  October 28, 2013**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
King0309.stipord.modify.COR.doc