MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Keon Nunnelly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13 CR 309 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| KEON NUNNELLY, et al., | |
| Defendants. | |

Defendant Keon Nunnelly, by and through his attorney, Michael Chastaine, Sharon King by and through her attorney Jennifer Noble, Kia Moore by and through her attorney Candace Fry, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, November 19, 2013 at 9:45 a.m. to Tuesday January 21, 2014 at 9:45 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The Continuance is being requested for the following reasons: The Court recently signed a protective order and additional voluminous discovery is about to be released to the defense. This new discovery needs to be reviewed by counsel and with their respective clients. Further, at least one of the defendants has begun settlement discussions and needs additional time to perfect any settlement agreements. It is further stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated: November 15, 2013          The CHASTAINE LAW OFFICE

                                                By: _____/s/ Michael Chastaine
                                                     MICHAEL CHASTAINE
                                                     Attorney for Keon Nunnelly

Dated: November 15, 2013

                                                By: _____/s/ Jennifer Noble
                                                       JENNIFER NOBLE
                                                     Attorney for Sharon King

Dated: November 15, 2013

                                                By: _____/s/ Candace Fry
                                                       CANDACE FRY
                                                     Attorney for Kia Moore

Dated: November 15, 2013          BENJAMIN B. WAGNER
                                              United States Attorney

                                              By: ____/s/ Kyle Reardon
                                                     KYLE REARDON
                                                     Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, November 19, 2013 at 9:45 a.m. be continued to Tuesday, January 21, 2014 at 9:45 a.m. and that the period from November 19, 2013 to January 21, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found based upon stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated:  11/15/2013                              /s/ John A. Mendez_____
                                                HONORABLE JOHN A. MENDEZ