**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**SHARON KING**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>                   )<br>   vs.            )<br>                   )<br>SHARON KING,   )<br>            Defendant. )<br>                   ) | Case No. CR S 13-CR-00309 JAM<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF PRE-TRIAL RELEASE** |

       IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Sharon King, that the conditions of Ms. King's pre-trial release be modified so as to allow Ms. King to be away from her residence during business hours as detailed below.

       Ms. King was arraigned on September 19, 2013, with violation of 18 U.S.C. § 1591(a)(1) 18 U.S.C. Sex Trafficking of a minor and 18 U.S.C. § 1591(a)(2) Participating in a Sex Trafficking Venture.  The Bail Reform Act was amended in 2006 by the Adam Walsh Act, which mandates additional conditions of release for defendants charged with certain crimes, including violations of 18 U.S.C. § 1591. The Act requires electronic monitoring of a defendant released on pre-trial release, as well as the conditions set

1

forth in 18 U.S.C. § 3142(c)(1)(B)(iv)-(viii).

Ms. King's release was conditioned on several requirements, including Condition No. 13 – Home Detention, restricting Ms. King to her residence except for pre-approved activities.

The parties stipulate and agree that Condition No. 13 should be modified to read as follows:

**13. CURFEW:** You are restricted to your residence every day or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

This change will permit her a window of time each day, at the Pre-Trial Services officer's discretion, for the above-stated reasons, without first seeking permission. The modification would be in addition to her regular Sunday curfew, which permits her to be away from home from 8 a.m. to 3 p.m. to attend church services.

The defendant understands that all other Conditions of Release remain in force. The Pre-Trial Services office advises that Ms. King is in compliance with all conditions of pre-trial release.


IT IS SO STIPULATED.


Dated: December 10, 2013                    By: /s/ Jennifer C. Noble
                                            JENNIFER C. NOBLE
                                            WISEMAN LAW GROUP
                                            Attorney for Defendant
                                            SHARON KING


Dated: December 10, 2013                    Benjamin B. Wagner
                                            United States Attorney

                                            By: /s/ Kyle Reardon
                                            KYLE REARDON
                                            Assistant U.S. Attorney

Stipulation and Proposed Order to Modify Conditions of Pre-Trial Release                    Case No. CR S 13-000309 JAM

1

2

3

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition No. 13 is modified to read:

**CURFEW:** You are restricted to your residence every day or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

This is in addition to her regular Sunday curfew, which permits her to be away from home from 8 a.m. to 3 p.m. to attend church services.

All other conditions of pre-trial release remain in force.

**IT IS SO ORDERED.**

Dated:  December 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE