**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 13-CR-00309 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRE-TRIAL RELEASE** |
| ) | |
| SHARON KING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Sharon King, that the conditions of Ms. King's pre-trial release be modified so as to require Ms. King to participate in medical or psychiatric treatment, as determined by her Pre-Trial Services officer.

    Ms. King was arraigned on September 19, 2013, with violation of 18 U.S.C. § 1591(a)(1) – sex trafficking of a minor and 18 U.S.C. § 1591(a)(2) – participating in a sex trafficking venture. The Bail Reform Act was amended in 2006 by the Adam Walsh Act, which mandates additional special conditions of release for defendants charged with certain crimes, including violations of 18 U.S.C. § 1591.

    This addition to the Special Conditions of Release will require Ms. King to

undergo counseling at the discretion of the Pre-Trial Services officer.

The Pre-Trial Services office advises that Ms. King is in compliance with all conditions of pre-trial release.

IT IS SO STIPULATED.

Dated: January 8, 2014                           By: /s/ Jennifer C. Noble
                                                 JENNIFER C. NOBLE
                                                 WISEMAN LAW GROUP
                                                 Attorney for Defendant
                                                 SHARON KING

Dated: January 8, 2014                           Benjamin B. Wagner
                                                 United States Attorney

                                                 By:  /s/ Kyle Reardon
                                                 KYLE REARDON
                                                 Assistant U.S. Attorney

## PROPOSED ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Special Conditions of Pre-Trial Release be modified as follows:

Condition No. 18 is added, to read:

**COUNSELING:** You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of pre-trial release remain in force.

**IT IS SO ORDERED.**

Dated: January 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
King0309.stipo.modify.COR-2