MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Keon Nunnelly

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEON NUNNELLY, et al.,<br><br>　　　　　Defendants. | Case No.: 2:13 CR 309 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendant Keon Nunnelly, by and through his attorney, Michael Chastaine, Sharon King by and through her attorney Jennifer Noble, Kia Moore by and through her attorney Candace Fry, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, January 21, 2014 at 9:45 a.m. to Tuesday March 4, 2014 at 9:45 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The Continuance is being requested for the following reasons:  Counsel for the defendants are continuing to review discovery, conduct investigation and work on attempting to negotiate a settlement. Additional time to required to complete these tasks and perfect any settlement agreements.  It is further stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated: January 15, 2014			The CHASTAINE LAW OFFICE

					By: ____/s/ Michael Chastaine
						MICHAEL CHASTAINE
						Attorney for Keon Nunnelly


Dated: January 15, 2014

					By: ____/s/ Jennifer Noble
						JENNIFER NOBLE
						Attorney for Sharon King


Dated: January 15, 2014

					By: ____/s/ Candace Fry
						CANDACE FRY
						Attorney for Kia Moore

Dated: January 15, 2014			BENJAMIN B. WAGNER
						United States Attorney

					By: ___/s/ Kyle Reardon
						KYLE REARDON
						Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, January 21, 2014 at 9:45 a.m. be continued to Tuesday, March 4, 2014 at 9:45 a.m. and that the period from January 21, 2014 to March 4, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found based upon stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated:   1/17/2014               /s/ John A. Mendez_____
                                 HONORABLE JOHN A. MENDEZ
                                 District Judge
                                 United States District Court