**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 13-CR-00309 JAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS** |
| KEON NUNNELLY, SHARON KING, and ) KIA MOORE, ) | |
| Defendants. ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney and Jennifer C. Noble, attorney for defendant Sharon King, that the status conference presently set for May 13, 2014, be continued to May 20, 2014, at 9:45 a.m., thus vacating the presently set status conference.

   The parties need additional time to continue negotiating a potential plea agreement. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 20, 2014.

**IT IS SO STIPULATED.**

Dated: May 7, 2014                          By: /s/ Jennifer C. Noble
                                                JENNIFER C. NOBLE
                                                WISEMAN LAW GROUP
                                                Attorney for Defendant
                                                SHARON KING

Dated: May 7, 2014                          Benjamin B. Wagner
                                            United States Attorney

                                            By: /s/ Kyle Reardon
                                            KYLE REARDON
                                            Assistant U.S. Attorney

## ORDER

The Court, having read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 7, 2014, to and including May 20, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 13, 2014, status conference shall be continued until May 20, 2014, at 9:45 a.m.

**IT IS SO ORDERED.**

Dated: May 8, 2014                          /s/JOHN A. MENDEZ
                                            JOHN A. MENDEZ
                                            United States District Judge