**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>           Plaintiff,    )<br>                                    )<br>   vs.                              )<br>                                    )<br>KEON NUNNELLY, SHARON KING, )<br>and KIA MOORE,             )<br>                                   )<br>           Defendants.   )<br>                                    ) | Case No. CR S 13-CR-00309 JAM<br><br>**STIPULATION AND ORDER TO RESCHEDULE JUDGMENT AND SENTENCING** |

       IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Christiaan Highsmith, Assistant U. S. Attorney and Jennifer C. Noble, attorney for SHARON KING, that Judgment and Sentencing of Defendant King, currently scheduled for September 16, 2014 at 9:30 a.m. be vacated and reset for December 2, 2014 at 9:30 a.m.

       Pursuant to this stipulation, Defendant's Written Objections shall be due October 28, 2014; the Final Presentence Report shall be filed with the Court on November 11, 2014; Defendant's Motion to Correct the Presentence Report shall be due on November 18, 2014; and Opposition/Reply to said motion shall be due on November 25, 2014.

       The parties are entering this stipulation to allow additional time to research sentencing issues.

       **IT IS SO STIPULATED.**

Dated: September 9, 2014                                   By: <u>/s/ Jennifer C. Noble</u>
                                                                                    JENNIFER C. NOBLE

|  |  |
|---|---|
|  | WISEMAN LAW GROUP<br>Attorney for Defendant<br>SHARON KING |
| Dated: September 9, 2014 | Benjamin B. Wagner<br>United States Attorney |
|  | By: /s/ Christiaan Highsmith<br>CHRISTIAAN HIGHSMITH<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 16, 2014 judgment and Sentencing is vacated and re-scheduled for December 2, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  9/9/2014                                    /s/ John A. Mendez
                                                              JOHN A. MENDEZ
                                                              United States District Court Judge