**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**SHARON KING**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 13-CR-00309 JAM |
| Plaintiff, | |
| vs. | **REQUEST FOR RETURN OF PASSPORT AND ORDER** |
| SHARON KING, | |
| Defendant. | |

In September 2013, the magistrate court order defendant Sharon King released on an unsecured appearance bond with special conditions that she surrender her passport to the Clerk's office. The docket sheet entry # 7 shows that she did so.

On December 9, 2014, the Court sentenced King to time served and one year of supervised release. King has completed her sentence and her supervised release is nearly complete.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

As a result, it is hereby requested that the Clerk's office release Sharon King's passport to King's attorney Jennifer C. Noble.

Dated:  December 3, 2015

Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: __/s/ Jennifer C. Noble__
JENNIFER C. NOBLE
Attorney for Defendant
SHARON KING

## ORDER

**IT IS HEREBY ORDERED** that the Clerk's Office shall release defendant Sharon King's passports to her counsel Jennifer C. Noble.

Dated: 12-4, 2015

Hon. John A. Mendez
U.S. District Court Judge